

EXHIBIT B

**From:** Dan Herbster <dherbster@mdvpinc.com>
**Sent:** Wednesday, October 2, 2024 2:07 PM
**To:** Steve Simpson <ssimpson@mdvpinc.com>
**Subject:** Fw: Pride Manor Start Up

See Below. I think I have a text or two I sent to the "operator" as well and he never came out or called back.

## Dan Herbster

*Project Manager*



**MOBILE DREDGING & VIDEO PIPE, INC.**

3100 Bethel Road

Chester, PA 19013-1488

mobile: (443) 392-2744

office:  (610) 497-9500

email:  dherbster@mdvpinc.com

mdvp.com

ISO 14001:2015, ISO 9001:2015 and OHSAS 18001:2007 Certified Company

A Carylon Company

CONFIDENTIALITY NOTICE: This e-mail is confidential. If you are not the intended recipient of this e-mail, please contact the sender immediately and do not use or disclose the contents of this e-mail for any purposes.

Please consider the environment before printing this email.

---

**From:** robkurens@gmail.com <robkurens@gmail.com>
**Sent:** Tuesday, April 16, 2024 2:44 PM
**To:** Dan Herbster <dherbster@mdvpinc.com>; 'Larry Sall' <lsall.sallassociates@gmail.com>
**Cc:** 'Chiovarelli, Mark' <chiovarellim@hunt-eas.com>
**Subject:** RE: Pride Manor Start Up

**CAUTION: EXTERNAL EMAIL**
I think we have to

**From:** Dan Herbster <dherbster@mdvpinc.com>
**Sent:** Tuesday, April 16, 2024 11:48 AM
**To:** robkurens@gmail.com; 'Larry Sall' <lsall.sallassociates@gmail.com>
**Subject:** Re: Pride Manor Start Up

Rob,

Just wanted to follow up with you and see if you saw my email from yesterday. I wanted to make sure you would like us to continue dredging in the lagoon. The first roll off load went out this morning. Production looks to be going well.

Thanks,

**Dan Herbster**

*Project Manager*



**MOBILE DREDGING & VIDEO PIPE, INC.**

3100 Bethel Road

Chester, PA 19013-1488

mobile: (443) 392-2744

office:  (610) 497-9500

email:  dherbster@mdvpinc.com

mdvp.com

ISO 14001:2015, ISO 9001:2015 and OHSAS 18001:2007 Certified Company

*A Carylon Company*

CONFIDENTIALITY NOTICE: This e-mail is confidential. If you are not the intended recipient of this e-mail, please contact the sender immediately and do not use or disclose the contents of this e-mail for any purposes.

Please consider the environment before printing this email.

---

**From:** Dan Herbster <dherbster@mdvpinc.com>
**Sent:** Monday, April 15, 2024 12:02 PM
**To:** robkurens@gmail.com <robkurens@gmail.com>; 'Larry Sall' <lsall.sallassociates@gmail.com>
**Subject:** Re: Pride Manor Start Up

Rob,

We will pass along the weight ticket information as soon as we receive it from the disposal facility.

We started dredging this morning and my operator says he hit an aerator 4' below the water line. The work plan says that they should be on the bottom of the lagoon and the dredge was to stay 4"-6" above the bottom. I just wanted to bring it to your attention that the aerators do not appear to be on the bottom of the lagoon. Our original plan based on the work plan was to stay two feet off the bottom to start and see where the tonnage was at that point. How would you like us to proceed knowing the aerators are no longer on the bottom of the lagoon?

It's possible that this is just one aerator that is broken or had come loose from the weights but I wanted to bring it to your attention.

Thanks,


**Dan Herbster**

Project Manager



**MOBILE DREDGING & VIDEO PIPE, INC.**

3100 Bethel Road

Chester, PA 19013-1488

mobile: (443) 392-2744

office:  (610) 497-9500

email:  dherbster@mdvpinc.com

mdvp.com

ISO 14001:2015, ISO 9001:2015 and OHSAS 18001:2007 Certified Company

A Carylon Company

CONFIDENTIALITY NOTICE: This e-mail is confidential. If you are not the intended recipient of this e-mail, please contact the sender immediately and do not use or disclose the contents of this e-mail for any purposes.

 Please consider the environment before printing this email.

---

**From:** robkurens@gmail.com <robkurens@gmail.com>
**Sent:** Friday, April 12, 2024 4:12 PM
**To:** Dan Herbster <dherbster@mdvpinc.com>; 'Larry Sall' <lsall.sallassociates@gmail.com>
**Subject:** RE: Pride Manor Start Up

**CAUTION: EXTERNAL EMAIL**

Thanks for the update. Following is from DEC

Great to hear. Please ensure the items in the Order's Compliance Schedule and summarized below are met.

| | |
|---|---|
| 3) Respondent shall implement the Department-approved Work Plan and submit a summary report to the Department for review and approval. As part of the summary report, the Respondent must:<br>a) Document the amount of sludge removed from the lagoon by providing disposal receipts.<br>b) Once cleaned, perform an inspection to confirm the condition of the lagoon and its appurtenances including, (at a minimum), the air piping and diffusers and curtain baffles are fully operational and in satisfactory condition.<br>c) Submit record drawings identifying material characteristics, location, dimensions, and configuration of cells and appurtenances within the lagoon. | Within 12 months of Departmental approval of the Work Plan |

**From:** Dan Herbster <dherbster@mdvpinc.com>
**Sent:** Friday, April 12, 2024 8:59 AM
**To:** Robert Kurens <robkurens@gmail.com>; Larry Sall <lsall.sallassociates@gmail.com>
**Subject:** Pride Manor Start Up

Good Morning Guys,

Just wanted to give you an update on where we are at. We water tested our equipment yesterday and everything looks ready to roll. Our only issue was our pipe crossing and smaller cars having issues crossing it. We are going to dig a small trench about a foot wide and 6-8" deep and with road plates to ensure no cars are damaged. That should be done today and we'll be up and running.

Thanks,
Dan

Get Outlook for iOS