

**MOBILE DREDGING & VIDEO PIPE**
*A Carylon Company*

3100 Bethel Road • Chester, PA 19013
(610) 497-9500 • Fax (610) 497-9708

**EXHIBIT C**

**INVOICE: 44128**   Page: 1

| | |
|---|---|
| Invoice Number | 44128 |
| Date | 5/21/2024 |
| Our Job No. | SALLA-1 |
| Your Reference | |
| Requisition No. | |
| Release No. | |
| Authority | LARRY SALL |
| Terms | |
| For Transactions To | 4/27/2024 |

Bill To: SALL ASSOCIATES, LTD
LARRY SALL
81 MAIN STREET
BINGHAMTON, NY  13905
USA

| Item/Description | Quantity Unit | Unit Price | Total Price |
|---|---|---|---|
| To Furnish the Necessary Labor & Equipment Dredging & Dewatering @ Pride Manor Mobile Home Part WWTS | | | |
| Mobilization | 1.00 LS | 60,000.00 | 60,000.00 |
| Dredging & Dewatering | 93.30 LF | 956.83 | 89,272.24 |
| Transportation & Disposal | 93.30 TON | 368.50 | 34,381.05 |

| | |
|---|---|
| Subtotal: | 183,653.29 |
| Amount Paid: | 0.00 |
| Total: | 183,653.29 |

# MOBILE DREDGING & VIDEO PIPE
*A Carylon Company*

3100 Bethel Road • Chester, PA 19013
(610) 497-9500 • Fax (610) 497-9708

**INVOICE: 44128**   Page: 1

DUPLICATE

| | |
|---|---|
| Invoice Number | 44128 |
| Date | 5/21/2024 |
| Our Job No. | SALLA-1 |
| Your Reference | |
| Requisition No. | |
| Release No. | |
| Authority | LARRY SALL |
| Terms | |
| For Transactions To | 4/27/2024 |

Bill To: SALL ASSOCIATES, LTD
LARRY SALL
81 MAIN STREET
BINGHAMTON, NY 13905
USA

| Item/Description | Quantity Unit | Unit Price | Total Price |
|---|---|---|---|
| To Furnish the Necessary Labor & Equipment Dredging & Dewatering @ Pride Manor Mobile Home Part WWTS | | | |
| Mobilization | 1.00 LS | 60,000.00 | 60,000.00 |
| Dredging & Dewatering | 93.30 LF | 956.83 | 89,272.24 |
| Transportation & Disposal | 93.30 TON | 368.50 | 34,381.05 |

Subtotal: 183,653.29
Amount Paid: 0.00

Total: 183,653.29