# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBILE DREDGING & VIDEO PIPE, INC., ) <br> ) <br> Plaintiff, ) <br> VS. ) <br> ) <br> SALL ASSOCIATES LTD., et al., ) <br> ) <br> Defendants. ) | Case No. 3:25-cv-01564-BKS-MJK |

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mobile Dredging & Video Pipe, Inc., by and through undersigned counsel, hereby states that it is a privately held corporation, that it has a corporate parent, Carylon Corporation, and that no publicly held corporation owns 10% or more of Mobile Dredging & Video Pipe, Inc.'s stock.

Dated: November 7, 2025

                                      Respectfully submitted,

                                      MAZZOLA LINDSTROM LLP

                                      _____
                                      Jean-Claude Mazzola
                                      1350 Avenue of the Americas, 2nd Floor
                                      New York, New York 10019
                                      646-250-6666
                                      jeanclaude@mazzolalindstrom.com

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2025, the foregoing was filed electronically using the New York Federal Courts eFiling System, which will automatically send notice of electronic filing to all counsel of record.

                                                                    MAZZOLA LINDSTROM LLP

                                                                      _____
                                                                      Jean-Claude Mazzola
                                                                      1350 Avenue of the Americas, 2nd Floor
                                                                      New York, New York 10019
                                                                      646-250-6666
                                                                      jeanclaude@mazzolalindstrom.com

                                                                   ***Attorneys for Plaintiff***