UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MOBILE DREDGING & VIDEO PIPE, INC.,            Civil Action No.
           Plaintiff,            3:25-cv-1564 (BKS/MJK)

     - against -

SALL ASSOCIATES LTD. and            **Notice of Appearance of**
PRIDE MANOR HOLDINGS LLC,            **Heather Shore for Plaintiff**
           Defendants.
------------------------------------------------------------------------x

       Please take notice that the undersigned will appear as co-counsel for Plaintiff Mobile Dredging & Video Pipe, Inc., in this action.

       The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the e-mail address given below.

Dated: Kansas City, Missouri
        November 19, 2025            Respectfully submitted,

           **BAKER STERCHI COWDEN & RICE, LLC**

           */s/ Heather F. Shore*
           Heather F. Shore
           *Admitted pro hac vice*
           2400 Pershing Road, Suite 500
           Kansas City, Missouri 64108
           816-471-2121
           heather.shore@bakersterchi.com
           *Attorney Pro Hac Vice for Plaintiff*

**Service via ECF**