# AFFIRMATION OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK | FILED ON: 11/05/2025    INDEX NO.: 3:25-cv-01564-BKS- |

MOBILE DREDGING & VIDEO PIPE, INC.

Plaintiff(s)-Petitioner(s)

-vs-

SALL ASSOCIATES LTD. and PRIDE MANOR HOLDINGS LLC

Defendant(s)-Respondent(s)

I, Mark McClosky the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On NOVEMBER 12, 2025 at 10:20 A.M.
Deponent served a true copy of **SUMMONS, COMPLAINT, GENERAL ORDER AND EXHIBITS**

bearing index number: 3:25-cv-01564-BKS-MJK and date of filing: 11/05/2025
upon **SALL ASSOCIATES LTD.**
at address: **C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 2 copies with} **BRIAN MILNER, OA1**
the agent for service on the person in this proceeding designated under rule 306 BCL and tendering the required fee. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on          . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail __return receipt requested. Certified/Registered mail #

DESCRIPTION} deponent describes the person actually served as:
Perceived Gender: MALE          Perceived Race: WHITE          Hair Color: BROWN
Approximate Age: 35 years       Approximate Height: 6'0"        Approximate Weight: 250    pounds
Other:

I affirm on NOVEMBER 12, 2025          , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Mazzola Lindstrom Llp.
1350 Avenue Of The Americas, 2nd Floor
New York, New York 10019

Mark McClosky

NLS #: 25-8677
Affidavit #: 312314

FIRM FILE # 2025001901