# MAZZOLA LINDSTROM LLP

Jean-Claude Mazzola
Partner
jeanclaude@mazzolalindstrom.com
646.250.6666

December 22, 2025

**VIA ECF**

Hon. Mitchell J. Katz
U.S. Magistrate Judge
Northern District of New York (Syracuse)
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, New York 13261-7346

<u>**Status Report**</u>

Re:     ***Mobile Dredging & Video Pipe, Inc. v. Sall Associates LTD. and Pride Manor Holdings LLC**, **Civil Case No. 3:25-cv-01564-BKS-MJK***

Dear Judge Katz:

My firm represents the plaintiff, along with co-counsel, in the above-referenced case. I write to provide a status update pursuant to Judge Katz's text order (DE 11) so directing.

Counsel in common for defendants Sall Associates LTD. and Pride Manor Holdings LLC has recently contacted me and my co-counsel asking for an extension of time to respond to the complaint, until late January, and we have accepted this request. A stipulation should be filed tomorrow confirming and describing the extension.

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

Jean-Claude Mazzola
1350 Avenue of the Americas,
Second Floor
New York, New York 10019
646-250-6666
jeanclaude@mazzolalindstrom.com
*Attorney for plaintiff*

1350 Avenue of The Americas, Second Floor, New York, New York 10019
1999 Avenue of The Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com

4892-6428-3591, v. 2