UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MOBILE DREDGING & VIDEO PIPE, INC.,

      Plaintiff,

v.

SALL ASSOCIATES LTD. and PRIDE MANOR HOLDINGS, LLC,

      Defendants.

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Civil Action No.:
3:25-cv-1564 (BKS/MJK)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, Mobile Dredging & Video Pipe, Inc., and Defendants, Sall Associates Ltd. and Pride Manor Holdings, LLC, that the time for Sall Associates Ltd. and Pride Manor Holdings, LLC to answer, move, or otherwise respond to the Complaint in the above-captioned action is extended for thirty (30) days from the date that this stipulation is filed with the Court.

No previous extensions of time have been requested or granted. This Stipulation does not affect any other scheduled dates.

Dated: December 23, 2025

_____
Jeffrey A. Jaketic, Esq.
Hinman, Howard & Kattell, LLP
*Attorneys for Defendants, Sall Associates Ltd. and Pride Manor Holdings, LLC*
80 Exchange Street
P.O. Box 5250
Binghamton, New York 13902-5250
(607) 723-5341
jjaketic@hhk.com

December 22, 2025

_____
Jean-Claude Mazzola, Esq.
Mazzola Lindstrom LLP
*Attorneys for Plaintiff*
1350 Avenue of Americas, 2nd Floor
New York, New York 10019
(816) 471-2121
jeanclaude@mazzolalindstrom.com

SO ORDERED:

_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge

Dated: December 23rd, 2025