UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MOBILE DREDGING & VIDEO PIPE, INC.,

        Plaintiff,

   v.

SALL ASSOCIATES LTD. AND PRIDE
MANOR HOLDINGS, LLC,

        Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.:
3:25-cv-1564 (BKS/MJK)

PLEASE TAKE NOTICE, that Jeffrey A. Jaketic, Esq. (Hinman, Howard & Kattell, LLP) hereby appears as counsel for Defendants, Sall Associates, Ltd. And Pride Manor Holdings, LLC, in the above-entitled action.

Dated: December 29, 2025
       Binghamton, New York

_____
Jeffrey A. Jaketic, Esq.
HINMAN, HOWARD & KATTELL, LLP
*Attorneys for Defendants-*
*Sall Associates Ltd. and Pride Manor*
*Holdings, LLC*
80 Exchange Street
P.O. Box 5250
Binghamton, New York 13902-5250
Telephone: (607) 723-5341
Email: jjaketic@hhk.com