UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MOBILE DREDGING & VIDEO PIPE, INC.,

    Plaintiff,

v.

SALL ASSOCIATES LTD. AND PRIDE
MANOR HOLDINGS, LLC,

    Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.:
3:25-cv-1564 (BKS/MJK)

PLEASE TAKE NOTICE, that Jeanette N. Warren, Esq. (Hinman, Howard & Kattell, LLP) hereby appears as counsel for Defendants, Sall Associates, Ltd. And Pride Manor Holdings, LLC, in the above-entitled action.

Dated: January 6, 2026
   Binghamton, New York

               Jeanette N. Warren, Esq.
               HINMAN, HOWARD & KATTELL, LLP
               *Attorneys for Defendants-*
               *Sall Associates Ltd. and Pride Manor*
               *Holdings, LLC*
               80 Exchange Street
               PO Box 5250
               Binghamton, New York 13902-5250
               Telephone: (607) 231-6706
               Email: jwarren@hhk.com