UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MOBILE DREDGING & VIDEO PIPE, INC.,

        Plaintiff,

v.

SALL ASSOCIATES LTD. AND PRIDE MANOR HOLDINGS, LLC,

        Defendants.

Civil Action No.:
3:25-cv-1564 (BKS/MJK)

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, I electronically filed an Answer, Affirmative Defenses and Counterclaim with the Clerk of the District Court using the CMF/ECF system, which sent notification of such filing to the following:

    Jean-Claude Mazzola, Esq.    jeanclaude@mazzolalindstrom.com

    Heather F. Shore, Esq.    sydney.estell@bakersterchi.com

    Jeffrey A. Jaketic, Esq.    jjaketic@hhk.com

And, I hereby certify that I have mailed by the United States Postal Service the documents to the following non-CM/ECF Participants:

    None.

                                            /s/ Jeanette N. Warren
                                            Jeanette N. Warren