**MOBILE DREDGING & VIDEO PIPE**
*A Carylon Company*

3100 Bethel Road
Chester, PA 19013
p: (610) 497-9500
f: (610) 497-9708
www.mdvpinc.com

**EXHIBIT A**

September 5, 2023

Proposal 23-013 Rev 3

Larry Sall
President
Sall Associates

Re: Dredging and Dewatering of Pride Manor WWTS

Dear Mr. Sall:

In accordance with your request, Mobile Dredging & Video Pipe, Inc. (MDVP) is pleased to offer the following proposal to dredge, dewater and dispose of the WWTS Sludge at Pride Manor.

**SCOPE:**

MDVP will provide a hydraulic auger dredge, belt filter press and mix tank with operators working (1) 10-hour shift, 5 days per week to remove and dewater sludge from the WWTS Lagoon. It is estimated that 10-15 days will be required to process the material in the lagoons.

MDVP will stage its dewatering equipment in the area across the street from the lagoon. MDVP will utilize pipe crossings in order to keep the roadway usable for the residents. In order to gain access to the area MDVP will place a piece of dredge pipe in the drainage area adjacent to the road and cover it with fill to create a flat level area. MDVP will then place mega deck mats for the dewatering equipment and roll off truck to gain access to the area. This will ensure that there is no impact to the drainage ditch during the dredging and dewatering operations.

The material will be loaded directly into lined roll-off containers for offsite disposal. The truck will be weighed at the disposal facility prior to dumping. Once the material has been dumped the roll-off container will be returned to the site to be loaded. There will always be one container being loaded onsite so as to not impede the progress of the dredging and dewatering. The material is classified as lagoon sludge biosolids which has limited the potential disposal locations. The reason for this classification is due to the untreated nature of the lagoon sludge. The material is not anticipated to be classified as hazardous. Due to the limited disposal options, there is a significant cost in both transportation and disposal at the anticipated disposal facility.

**MDVP WILL FURNISH:**

1. One (1) hydraulic auger dredge
2. One (1) Belt Filter Press with operator (including polymer)
3. One (1) Mix-tank.
4. Two (2) process pumps.
5. One (1) Generator.
6. Transportation and disposal of dewatered sediment.
7. Necessary materials to access the location for belt press and mix tank set up.
8. Temporary Construction Fencing
9. Hose as necessary.

**MOBILE DREDGING & VIDEO PIPE**
*A Carylon Company*

**CUSTOMER WILL FURNISH:**

1. All access, openings, and rights of way to the work area.
2. A flat level area for equipment set up.
3. Service Water for dewatering equipment (lagoon water will suffice).
4. Notification to the community.
5. Any special permits, licenses, or fees required to perform this work.

**PRICE: MDVP's price to perform this Work is as follows:**

| | | |
|---|---|---|
| 1. | Mobilization and Setup | $60,000.00 LS |
| 2. | Dredging and Dewatering | $956.83/ton |
| 3. | Transportation and Disposal | $368.50/ton |
| 4. | Demobilization and Teardown | $40,000.00 LS |

**NOTES:**
1) MDVP will not exceed 115 tons of material removed.
2) In the progress of our services, should we encounter any structural failures or defects, such will be reported to the Owner, but under no conditions are we to be responsible for any corrections or repairs.
3) Acceptance of the sludge at the disposal site is dependent upon further analysis of the material. If awarded the project MDVP will take additional samples and dewater the samples in the lab to create a cake that can be tested by an independent lab for approval at the disposal facility.
4) Tons of material removed will be based on the weight slip generated at the disposal site. Copies of the weight slips will be provided.
5) MDVP will perform this work when equipment and operators are available.
6) MDVP will be utilizing the plant water.
7) This work is to be performed in non-freezing weather.

**TERMS:** Net thirty (30) days upon receipt of an approved invoice

See additional attached Terms and Conditions.

We thank you for your consideration of MDVP and this cost proposal. Please, do not hesitate to call me with any questions.

Very truly yours,
MOBILE DREDGING & VIDEO PIPE, Inc.

*Dan Herbster* (signature)

Dan Herbster
Project Manager

Accepted By: *(signature)*
Title: manager
Date: 9/6/23

**MOBILE DREDGING & VIDEO PIPE**
*A Carylon Company*

## MUNICIPAL PROPOSAL
## GENERAL TERMS AND CONDITIONS

**General Conditions:** These general conditions are incorporated by reference into the proposal and are part of the Agreement under which services are to be performed by the Contractor for the Customer. Contractor will follow Customer's instructions both verbal and written at all times.

**Customer Provided Labor:** Where the Customer provides labor for the Contractor, the Customer will indemnify the Contractor for liability, loss or expense for work-related injuries to those laborers not provided by the Contractor. The Customer agrees to waive all rights of subrogation against the Contractor arising out of the work in this Agreement. The Customer agrees to comply with all local, state, and federal regulations, including regulations governing issues pertaining to the environment, employee safety and health, public safety, and vehicular safety, such as those regulations enforced by the United States Occupational Safety and Health Administration, Environmental Protection Agency, Mine Safety and Health Administration and Department of Transportation. This includes all training of the customer's employees and provision of suitable and safe equipment, as required by the applicable governmental regulations.

**Customers Responsibilities:** Customer will provide mechanical services. Operation and control of Customer's equipment is the Customer's responsibility. If Contractor cannot continue its work due to circumstance caused or allowed by Customer and of which Contractor was not apprised prior to starting the work, an hourly fee will be charged.

**Damage Limitations:** Under no circumstances will the Contractor be responsible for indirect, incidental or consequential damages. The Contractor also is not responsible for the rendering of or failure to render architectural, engineering or surveying professional services.

**Pre-existing Conditions:** The Contractor will not be responsible for liability, loss or expense (including damage caused by the backup of basement sewers) where the primary cause of the claim or damage is pre-existing conditions including faulty, inadequate or defective design, construction, maintenance or repair of property or contamination of the subsurface where the condition existed prior to the start of the Contractor's work. Customer is responsible for loss of service equipment caused by the pre-existing conditions at the job site.

**Environmental Conditions:** The debris is represented to Contractor to be non-hazardous, requiring no manifesting or special permitting. The Customer will be responsible for any additional costs or claims associated with the treatment, storage, disposal of the removed debris, or breach of the above representation, at any time during or after the completion of this project.

**Indemnification:** The Customer and the Contractor will each indemnify the other in proportion to relative fault for liability, loss and expense incurred by the other party resulting from a negligent act or omission in performance of work under this Agreement. The Customer also will indemnify Contractor for liability, loss and expense resulting from Contractor's services if the Contractor is acting at the direction or instruction of the Customer, or where the primary cause of any damages is due to information provided by the Customer.

**MOBILE DREDGING & VIDEO PIPE**
*A Carylon Company*

**Credit Policy:** Regular Terms are Net 30 Days. If any invoice is not paid in accordance with its terms, the customer agrees that there shall be added thereto, and the customer agrees to pay to contractor, a late charge at the rate of 1.5% per month on the unpaid balance, plus all costs, including reasonable attorney fees, incurred by the contractor in collection of any invoice not paid in accordance with its terms.

**Entire Agreement:** This proposal together with any written documents which may be incorporated by specific reference herein constitutes the entire agreement between the parties and supersedes all previous communications between them, either oral or written. The waiver by Contractor of any term, condition or provision herein stated shall not be construed to be a waiver of any other term, condition, or provision hereof.