

**MOBILE DREDGING & VIDEO PIPE**
*A Carylon Company*
3100 Bethel Road • Chester, PA 19013
(610) 497-9500 • Fax (610) 497-9708

**EXHIBIT D**

**INVOICE: 44208**   Page: 1

|  |  |
|---|---|
| Invoice Number | 44208 |
| Date | 6/20/2024 |
| Our Job No. | SALLA-1 |
| Your Reference |  |
| Requisition No. |  |
| Release No. |  |
| Authority | LARRY SALL |
| Terms |  |
| For Transactions To | 5/10/2024 |

Bill To:
SALL ASSOCIATES, LTD
LARRY SALL
81 MAIN STREET
BINGHAMTON, NY  13905
USA

| Item/Description | Quantity Unit | Unit Price | Total Price |
|---|---|---|---|
| To Furnish the Necessary Labor & Equipment Dredging & Dewatering @ Pride Manor Mobile Home Part WWTS |  |  |  |
| Demobilization | 1.00 LS | 40,000.00 | 40,000.00 |

|  |  |
|---|---|
| Subtotal: | 40,000.00 |
| Amount Paid: | 0.00 |
| Total: | 40,000.00 |



**MOBILE DREDGING & VIDEO PIPE**
*A Carylon Company*

3100 Bethel Road • Chester, PA 19013
(610) 497-9500 • Fax (610) 497-9708

**INVOICE: 44208**   Page:   1

DUPLICATE

| | |
|---|---|
| Invoice Number | 44208 |
| Date | 6/20/2024 |
| Our Job No. | SALLA-1 |
| Your Reference | |
| Requisition No. | |
| Release No. | |
| Authority | LARRY SALL |
| Terms | |
| For Transactions To | 5/10/2024 |

Bill
To:   SALL ASSOCIATES, LTD
      LARRY SALL
      81 MAIN STREET
      BINGHAMTON, NY  13905
      USA

| Item/Description | Quantity Unit | Unit Price | Total Price |
|---|---|---|---|
| To Furnish the Necessary Labor & Equipment Dredging & Dewatering @ Pride Manor Mobile Home Part WWTS | | | |
| Demobilization | 1.00 LS | 40,000.00 | 40,000.00 |

|  |  |
|---|---|
| Subtotal: | 40,000.00 |
| Amount Paid: | 0.00 |
| Total: | 40,000.00 |