

**HH&K**

Hinman, Howard & Kattell LLP
ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY  13902-5250 | www.hhk.com

JEANETTE N. WARREN
Partner
JWarren@hhk.com
P: (607) 231-6706
F: (607) 723-6605
ALSO ADMITTED IN PA

February 17, 2026

**VIA: CM/ECF**
Hon. Mitchell J. Katz
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

Re: Mobile Dredging & Video Pipe, Inc. v. Sall Associates Ltd and Pride Manor Holdings, LLC
Civil Action No.: 3:25-cv-1564 (BKS/MJK)

Dear Judge Katz:

Pursuant to the text order dated February 12, 2026 in the above-referenced action, we are writing regarding Sall Associates Ltd.

The current counterclaims are asserted only on behalf of Pride Manor Holdings, LLC (the property owner). Any ambiguity will be cleared up when we file our Answer to the Amended Complaint, as we intend to reassert the Affirmative Defenses and Counterclaims on behalf of Pride Manor. Sall Associates, Ltd will not be filing any claims and will no longer be in the caption.

Please let us know if you require any additional information.

Very truly yours,

HINMAN, HOWARD & KATTELL, LLP

By: Jeanette N. Warren

JNW/bc
cc: Jean-Claude Mazzola, Esq. (via CM/ECF)
    Heather F. Shore, Esq. (via CM/ECF)
    Jeffrey A. Jaketic, Esq. (via CM/ECF)