UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MOBILE DREDGING & VIDEO
PIPE, INC.,

        Plaintiff,

v.

PRIDE MANOR HOLDINGS, LLC,

        Defendant.

Civil Action No.:
3:25-cv-1564 (BKS/MJK)

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed an Answer to First Amended Complaint, Affirmative Defenses and Counterclaims with the Clerk of the District Court using the CMF/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Jean-Claude Mazzola, Esq. | jeanclaude@mazzolalindstrom.com |
| Heather F. Shore, Esq. | sydney.estell@bakersterchi.com |
| Jeffrey A. Jaketic, Esq. | jjaketic@hhk.com |

And, I hereby certify that I have mailed by the United States Postal Service the documents to the following non-CM/ECF Participants:

        None.

        /s/ Jeanette N. Warren
        Jeanette N. Warren