

# HH&K
Hinman, Howard & Kattell LLP
ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY 13902-5250 | www.hhk.com

JEANETTE N. WARREN
Partner
JWarren@hhk.com
P: (607) 231-6706
F: (607) 723-6605
ALSO ADMITTED IN PA

March 3, 2026

**VIA: CM/ECF**
Hon. Mitchell J. Katz
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

    Re:    Mobile Dredging & Video Pipe, Inc. v. Pride Manor Holdings, LLC
            Civil Action No.: 3:25-cv-1564 (BKS/MJK)

Dear Judge Katz:

We represent Defendant Pride Manor Holdings, LLC in the above-referenced action.

The purpose of this correspondence is to submit a joint request of the parties for a settlement conference to be scheduled in this matter.

Please let us know if you require any additional information.

Very truly yours,

HINMAN, HOWARD & KATTELL, LLP

By: *Jeanette N. Warren*
Jeanette N. Warren

JNW/bc
cc:    Jean-Claude Mazzola, Esq. (via CM/ECF)
       Heather F. Shore, Esq. (via CM/ECF)
       Jeffrey A. Jaketic, Esq. (via CM/ECF)