UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBILE DREDGING & VIDEO PIPE, INC., | Civil Action No.: 3:25-cv-1564 (BKS/MJK) |
| Plaintiff and Counterclaim-Defendant, | **Notice of Appearance of Adam Wiener for Plaintiff** |
| v. | |
| PRIDE MANOR HOLDINGS LLC, | |
| Defendant and Counterclaimant. | |

Please take notice that the undersigned appears as local counsel for plaintiff Mobile Dredging & Video Pipe, Inc., in this action.

The undersigned respectfully requests that notice of all filings in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the e-mail address given below.

Dated: New York, New York
        April 27, 2026

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

*Adam Wiener*

Adam D. Wiener, Esq.
1350 Avenue of the Americas
Second Floor
New York, New York 10019
732-947-9111
adam@mazzolalindstrom.com
*Attorney for Plaintiff*

**Service via ECF**

1