UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MOBILE DREDGING & VIDEO PIPE, INC.,

                 Plaintiff,                          Civil Action No.:

      -against-                              3:25-cv-1564 (BKS/MJK)

PRIDE MANOR HOLDINGS, LLC,

                 Defendants.
------------------------------------------------------------------x


**Certificate of Service on Defendant and Third Parties of HUNT and DEC Subpoenas**

     I, Adam Wiener, of Mazzola Lindstrom LLP, hereby state under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows.

     1.     Mazzola Lindstrom LLP represents the plaintiff Mobile Dredging & Video Pipe, Inc. ("MDVP"), in this action.

     2.     This certificate of service concerns service of subpoenas duces tecum for (1) HUNT Engineers, Architects, Land Surveyors & Landscape Architect D.P.C. ("Hunt"), a New York corporation, and (2) the New York State Department of Environmental Conservation ("the DEC").

     3.     On Thursday May 7, 2026, I served on counsel for defendant Pride Manor Holdings LLC ("Pride Manor"), by e-mail to jjaketic@hhk.com and jwarren@hhk.com, (1) copies of the two subpoenas duces tecum, including all exhibits, and (2) notice that the plaintiff MDVP would be serving those subpoenas afterwards on HUNT and the DEC. See this e-mail in **Exhibit A**.

     4.     Pride Manor, to this day, has neither objected to the subpoenas, nor responded in any way to MDVP's notice of them.

1

5.    On May 12, 2026, process servers for MDVP served the HUNT subpoena on HUNT (see the HUNT declaration of service as **Exhibit B** hereto), and served the DEC subpoena on the DEC (see the DEC declaration of service as **Exhibit C** hereto).

6.    On May 13, 2026, to ensure quick actual notice to the recipients, I e-mailed the HUNT subpoena, with the HUNT declaration of service, to HUNT, and I e-mailed the DEC subpoena, with the DEC declaration of service, to the DEC.

7.    In particular, I e-mailed the HUNT papers to Mark Chiovarelli at chiovarellim@hunt-eas.com, and to Tim Steed at steedt@hunt-eas.com, these persons having been in contact with Pride Manor or Sall Associates LTD. in connection with this matter according to the documents disclosed so far.

8.    And I e-mailed the DEC papers to Matthew Widay at Matthew.Widay@dec.ny.gov, this person having been in contact with Pride Manor or Sall Associates LTD. or HUNT in connection with this matter according to the documents disclosed so far.

9.    The HUNT subpoena declares compliance to be due on June 8, 2026, at 8:00 P.M.

10.    The DEC subpoena declares compliance to be due on June 8, 2026, at 8:00 P.M.

11.    Per FRCP 45(d)(2)(B), the deadline for an objection to either subpoena is fourteen days after the date of service, on Tuesday May 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2026.

MAZZOLA LINDSTROM LLP

Adam Wiener
*Counsel for Plaintiff*
1350 Avenue of the Americas
Second Floor
New York, New York 10019
732-947-9111
adam@mazzolalindstrom.com