UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MOBILE DREDGING & VIDEO PIPE, INC.,

                  Plaintiff,

      v.

PRIDE MANOR HOLDINGS, LLC,

                  Defendant.

**STIPULATION TO
EXTEND TIME TO
RESPOND TO SECOND
AMENDED COMPLAINT**

Civil Action No.:
3:25-cv-1564 (BKS/MJK)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff, Mobile Dredging & Video Pipe, Inc., and Defendant, Pride Manor Holdings, LLC, that the time for Pride Manor Holdings, LLC to answer, move, or otherwise respond to the Second Amended Complaint in the above-captioned action is extended to June 9, 2026.

It is also stipulated between the parties that any reply from Plaintiff would be likewise extended to June 30, 2026.

No previous extensions of time have been requested or granted. This Stipulation does not affect any other scheduled dates.

Dated: June ___ 2026

_____
Jeffrey A. Jaketic, Esq.
Jeanette N. Warren, Esq.
Hinman, Howard & Kattell, LLP
*Attorneys for Defendant*
80 Exchange Street
PO Box 5250
Binghamton, New York 13902-5250
(607-723-5341)
jjaketic@hhk.com
jwarren@hhk.com

June **1** , 2026

*Adam Wiener*
_____
Jean-Claude Mazzola, Esq.
Adam Wiener, Esq.
Mazzola Lindstrom LLP
*Attorneys for Plaintiff*
1350 Avenue of Americas, 2nd Floor
New York, New York 10019
~~(816) 471-2121~~ **732-947-9111**
jeanclaude@mazzolalindstrom.com
adam@mazzolalindstrom.com